JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | Case No. CV 15-02992 DDP (PLAx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| W.K.S. RESTAURANT CORPORATION dba EL POLLO LOCO #3545; MENG LIN ZHANG, TRUSTEE OF THE ZHANG FAMILY TRUST DATED AUGUST 6, 2013, | |
| Defendants. | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE COURT to retain jurisdiction for a period of 60 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 18, 2016

DEAN D. PREGERSON
United States District Judge